# EXHIBIT
# B

# AFFIDAVIT OF
# MARCO ANTONIO ARAGON LEON

### AFFIDAVIT OF MARCO ANTONIO ARAGON LEON
### *DECLARACIÓN JURAMENTADA DE MARCO ANTONIO ARAGON LEON*

Under penalty of perjury, I swear that the following is true to the best of my knowledge:
*Declaro bajo penalidad de perjurio, que, de acuerdo con mi conocimiento, lo siguiente es verdad:*

1. My name is Marco Antonio Aragon Leon. I am the father of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, born December 7, 2013, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, born October 11, 2021.
*Mi nombre es Marco Antonio Aragón León. Soy el padre de ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, nacida el 7 de diciembre del 2013 y ▮▮▮▮▮▮▮▮, nacida el 11 de octubre del 2012.*

2. Both girls were born in Yautepec, Morelos, Mexico, and lived with their mother, Idalia Dominguez Ochoa, and me in Morelos, Mexico, their entire lives until on or about July 22, 2022.
*Ambas niñas nacieron en Yautepec, Morelos, México, y convivieron con su madre, Idalia Domínguez Ochoa, y yo en Morelos, México, todas sus vidas hasta aproximadamente el 27 de julio 2022.*

*3.* On or about July 2022, Idalia and I decided to attempt to immigrate with our children to the United States and initially stay with Wendi Ochoa Perez, Idalia's mother, in New York, USA.
*Aproximadamente en julio, 2022, Idalia y yo decidimos intentar de emigrar con nuestras hijas a los Estados Unidos de América para quedarnos inicialmente con Wendi Ochoa Pérez, madre de Idalia, en Nueva York, EE. UU.*

4. After speaking with several persons familiar with undocumented crossing into the USA, we decided our best chance was for the girls and me to attempt to enter, and, if successful, Idalia would later attempt to enter with our other son.
*Después de hablar con varias personas que tienen conocimiento de como indocumentados pueden cruzar la frontera de los EE. UU., decidimos que el mejor plan era que las niñas y yo intentáramos de cruzar, y si tuviésemos éxito, Idalia intentaría cruzar después con nuestro otro hijo.*

5. On or about July 22, 2022, I brought the girls to the border at Nogales, Arizona, and hired two (2) families with US status. Each family was to take one of the girls across the border using falsified documents indicating the girls were citizens of the United States. Then, they would travel to Wendi's house in New York, USA.
*En o cerca del 22 de julio del 2022, yo lleve las niñas a la frontera en Nogales, Arizona, y contrate a dos (2) familias con documentos estadounidenses. Cada familia llevaría a una de nuestras hijas a cruzar la frontera usando documentos falsos que indicaban que las niñas eran ciudadanas americanas. Después de cruzar la frontera, seguirían a la casa de Wendi en Nueva York, EE. UU.*

6. I waited one week until I learned the children had safely arrived at Wendi's house, and on or about July 29, 2022, I attempted to cross the border.

*Espere una semana hasta que confirmaba que las niñas hubieron llegada en la casa de Wendi, y en o cerca del 29 de julio del 2022, intente de cruzar la frontera a los EUA.*

7.  I was detained and incarcerated in a jail in Tuscon, Arizona for approximately two (2) months, then offered to stay in jail or go back to Mexico by myself.  When I returned to Morelos, Idalia and I requested that Wendi return the children to Mexico and offered to pay the airfare for her son who is a United States Citizen to bring them back.
*Fui detenido y metido en una cárcel en Tucson, Arizona por aproximante dos (2) meses.  Allí fue cuando me ofrecieron permanecer en la cárcel o regresar de manera voluntaria a México.  Cuando regrese a Morelos, Idalia y yo le pedimos a Wendi de devolver a nuestras hijas a México y ofrecimos pagar los tiquetes aéreos para. que volaran con su hijo, quien es ciudadano estadounidense, para que las regresara.*

8.  Wendi refused to return our children to Mexico and began denying Idalia and I direct communication with our girls.  On September 27, 2022, Idalia filed the Hague application with Mexican Ministry of Foreign Affairs to obtain assistance in the return of our children to Mexico.
*Wendi se negó a devolver nuestras hijas a México y empezó a negarnos comunicación entre Idalia y yo con nuestras niñas.  El 27 de septiembre del 2022, Idalia le dio tramite a su aplicación bajo la Convención de la Haya con la Secretaria de Relaciones Exteriores Mexicanos para obtener su apoyo en la devolución de nuestras hijas a México.*

9.  On or about July 2023, Wendi Ochoa Perez completely cut off communication with our children.
*En o cerca del julio del 2023, Wendi Ochoa Pérez cortó completamente todas las comunicaciones que teníamos con nuestras hijas.*

10. Idalia and I have never agreed that our children would live in the United States without their mother and me physically present with them.
*Idalia y yo nunca hemos acordado que nuestras hijas vivirían en los EE.UU. sin la presencia física de su madre y yo.*

11. I want my children returned to Mexico immediately.
*Quiero la restitución inmediatamente de mis hijas a México.*

DATE/*FECHA*: _____June 20,2024_____     ___// Marco Antonio Aragon Leon
                                                                    MARCO ANTONIO ARAGON LEON