# EXHIBIT C

# BIRTH CERTIFICATES OF J.A.D. and W.Y.A.D



**FOLIO**
A17 635633

# Estados Unidos Mexicanos

## Acta de Nacimiento



Identificador Electrónico
17029000120220023674

Clave Única de Registro de Población
AADJ131207MMSRMMA9

Número de Certificado de Nacimiento
013910238

Entidad de Registro
MORELOS

Municipio de Registro
YAUTEPEC

| Compareció | Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|---|
| AMBOS PROGENITORES | 0001 | 09/01/2014 | 1 | 20 |

### Datos de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido |
|---|---|---|
| J███ | A███ | D███ |

| Sexo | Fecha de Nacimiento | Lugar de Nacimiento |
|---|---|---|
| MUJER | ███ | YAUTEPEC, MORELOS |

### Datos de Filiación de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido | Nacionalidad | CURP |
|---|---|---|---|---|
| MARCO ANTONIO | ARAGON | LEON | MEXICANA | ——— |
| IDALIA | DOMINGUEZ | OCHOA | MEXICANA | ——— |

### Anotaciones Marginales

CON FECHA 17 DE FEBRERO DEL 2020, SE PRESENTO EL C. MARCO ANTONIO ARAGON LEON A REALIZAR EL RECONOCIMIENTO DEL REGISTRADO APARECIENDO COMO ABUELOS PATERNOS LOS C.C. MARCOS ARAGON RODRIGUEZ Y MA. ELENA LEON PEREZ, QUEDANDO REGISTRADO EN EL LIBRO 01, ACTA 9, EN ESTA OFICIALIA, POR LO QUE LAS SUB-SIGUIENTES ACTAS SE EXPEDIRAN CON EL NOMBRE DE JIMENA ARAGON DOMINGUEZ-DOY FE.

### Certificación

Se extiende la presente copia certificada, con fundamento en los artículos 419, 423 y 428 del Código Familiar para el Estado de Morelos y artículos 2, fracciones V, IX, X, y XI; y 11 del Reglamento del Registro Civil del Estado de Morelos. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 31 DÍAS DEL MES DE MAYO DE 2022.
DOY FE.



Código de Verificación
11702900012014000201



**Firma Electrónica Avanzada**

VG 9t bz ox fE xp Yn Jv Oj F8 Rm 9q YT oy MH xB Y3 Rh Oj lw fE Vu dG Ik YW Q6 TU 9S RU xP U3 xN dW 5p Y2 Iw aW 86 WU FV VE VQ RU N8 Q1 VS UD pB QU RK MT Mx Mj A3 TU 1T Uk 1N QT IS Um Vn aX N0 cm Fk bz pK

*Ivonne Nava M.*

C. IVONNE NAVA MEDINA
OFICIAL DEL REGISTRO CIVIL

Código QR


La presente copia certificada del acta de nacimiento es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página https://ccvar.registrocivil.gob.mx/eVAR/ConsultaFolio.jsp, capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR.

MEXICAN UNITED STATES

ON BEHALF OF THE FREE AND SOVEREIGN INDEPENDENT STATE OF MORELOS AND AS A SENIOR OFFICIAL OF THE CIVIL REGISTRY, I CERTIFY THAT IN BOOK ___ OF THE GENERAL FILE CIVIL REGISTRY, IS SEATED THE RECORD NUMBER ___, WHICH CONTAINED THE FOLLOWING INFORMATION:

## BIRTH CERTIFICATE

| ADMINISTRATIVE OFFICE NUMBER | BOOK NUMBER | RECORD NUMBER | LOCATION | RECORD DATE | | |
|---|---|---|---|---|---|---|
| | | | | DAY | MONTH | YEAR |
| | 1 | 20 | Yuatepec | 09 | January | 2014 |
| MUNICIPALITY | Yautepec | FEDERAL ENTITY: | Morelos | | | |

### RECORDED DATA

| NAME | FIRST LAST | LAST SECOND |
|---|---|---|
| Ji___ | Ar___ | D___ |

SEX: Woman

### PLACE AND DATE OF BIRTH

| LOCATION | MUNICIPALITY | ENTITY | COUNTRY | DATE |
|---|---|---|---|---|
| Yautepec | Yautepec | Morelos | Mexico | |

### PARENTS INFORMATION

| NAME (S) | FIRST LAST | LAST SECOND |
|---|---|---|
| Marco Antonio | Aragon | Leon |
| NATIONALITY: Mexican | PLACE OF BIRTH: Morelos | AGE: 35 years |
| Idalia | Dominguez | Ochoa |
| NATIONALITY: Mexican | PLACE OF BIRTH: Morelos | AGE: 27 years |

### GRANDPARENTS DATA

| PATERNAL GRANDFATHER | NATIONALITY | MATERNAL GRANDFATHER | NATIONALITY |
|---|---|---|---|
| Marcos Aragon R. | Mexican | Wendi Ochoa Perez | Mexican |
| PATERNAL GRANDMOTHER | | MATERNAL GRANDMOTHER | |
| Ma. Elena Leon P. | Mexican | Mario Dominguez Marure | Mexican |

### DIFFERENT PERSON TO PARENTS POSING RECORDED

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| | | |

THIS IS ATTACHED RECORD THE FOLLOWING ENTRIES

SIGNED OFFICIAL REGISTRATION NUMBER OF CIVIL 1ST CERTIFY THAT THIS TOWN IS THIS TRUE AND ACCURATE COPY THAT APPLY IN ALL LETTERS, NUMBERS AND SIGNS WITH ORIGINAL I HAD A VISION.

EXPEDITION DATE

CERTIFICATION IS ISSUED IN:

THE OFFICIAL NO. 01 CIVIL REGISTRY

| FOLIO | | Identificador Electrónico |
|---|---|---|
| A17 635628 |  | 17029000120220023661 |

| | |
|---|---|
| Clave Única de Registro de Población | AADW211011MMSRMNA4 |
| Número de Certificado de Nacimiento | 030408959 |
| Entidad de Registro | MORELOS |
| Municipio de Registro | YAUTEPEC |

# Estados Unidos Mexicanos
# Acta de Nacimiento

| Compareció | Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|---|
| AMBOS PROGENITORES | 0001 | 10/12/2021 | 4 | 1181 |

## Datos de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido |
|---|---|---|
| W████ Y████ | A█████ | D█████████ |

| Sexo | Fecha de Nacimiento | Lugar de Nacimiento |
|---|---|---|
| MUJER | ███████ | YAUTEPEC MORELOS |

## Datos de Filiación de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido | Nacionalidad | CURP |
|---|---|---|---|---|
| MARCO ANTONIO | ARAGON | LEON | MEXICANA | ———— |
| IDALIA | DOMINGUEZ | OCHOA | MEXICANA | ———— |

### Anotaciones Marginales
Sin anotaciones marginales.

### Certificación
Se extiende la presente copia certificada, con fundamento en los artículos 419, 423 y 428 del Código Familiar para el Estado de Morelos y artículos 2, fracciones V, IX, X y XI; y 11 del Reglamento del Registro Civil del Estado de Morelos. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 31 DÍAS DEL MES DE MAYO DE 2022.
DOY FE.

### Firma Electrónica Avanzada
VG 9t bz o0 fE xp Yn Jv Oj R8 Rm 9q YT oy OD F8 QW N0 YT ox MT gx fE
Vu dG Ik YW Q5 TU 9S RU xP U3 xN dW 5p Y2 Iw aW 86 WU FV VE VQ RU
N8 Q1 VS UD pB QU RX Mj Ex MD Ex TU 1T Uk 1O QT R8 Um Vn aX N0 cm



Código de Verificación
11702900012021011811



*Ivonne Nava M*

C. IVONNE NAVA MEDINA
OFICIAL DEL REGISTRO CIVIL

Código QR

La presente copia certificada del acta de nacimiento es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página https://cevar.registrocivil.gob.mx/sVAR/ConsultaFolio.jsp capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR.

MEXICAN UNITED STATES

ON BEHALF OF THE FREE AND SOVEREIGN INDEPENDENT STATE OF MORELOS AND AS A SENIOR OFFICIAL OF THE CIVIL REGISTRY, I CERTIFY THAT IN BOOK ___ OF THE GENERAL FILE CIVIL REGISTRY, IS SEATED THE RECORD NUMBER ___, WHICH CONTAINED THE FOLLOWING INFORMATION:

## BIRTH CERTIFICATE

| ADMINISTRATIVE OFFICE NUMBER | BOOK NUMBER | RECORD NUMBER | LOCATION | RECORD DATE | | |
|---|---|---|---|---|---|---|
| | | | | DAY | MONTH | YEAR |
| | 4 | 1181 | Yuatepec | 10 | 12 | 2021 |
| MUNICIPALITY | Yautepec | FEDERAL ENTITY: | Morelos | | | |

### RECORDED DATA

| V▮▮▮ | A▮▮▮ | D▮▮▮ |
|---|---|---|
| NAME | FIRST LAST | LAST SECOND |

Woman
SEX

### PLACE AND DATE OF BIRTH

| LOCATION | MUNICIPALITY | ENTITY | COUNTRY | DATE |
|---|---|---|---|---|
| Yautepec | Yautepec | Morelos | Mexico | ▮▮▮ |

### PARENTS INFORMATION

| Marco Antonio | Aragon | Leon |
|---|---|---|
| NAME (S) | FIRST LAST | LAST SECOND |
| Mexican | Morelos | 35 years |
| NATIONALITY | PLACE OF BIRTH | AGE |
| Idalia | Dominguez | Ochoa |
| NAME (S) | FIRST LAST | LAST SECOND |
| Mexican | Morelos | 27 years |
| NATIONALITY | PLACE OF BIRTH | AGE |

### GRANDPARENTS DATA

| Marcos Aragon R. | Mexican | Wendi Ochoa Perez | Mexican |
|---|---|---|---|
| PATERNAL GRANDFATHER | NATIONALITY | MATERNAL GRANDFATHER | NATIONALITY |
| Ma. Elena Leon P. | Mexican | Mario Dominguez Marure | Mexican |
| PATERNAL GRANDMOTHER | NATIONALITY | MATERNAL GRANDMOTHER | NATIONALITY |

### DIFFERENT PERSON TO PARENTS POSING RECORDED

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| | | |

THIS IS ATTACHED RECORD THE FOLLOWING ENTRIES

SIGNED OFFICIAL REGISTRATION NUMBER OF CIVIL 1ST CERTIFY THAT THIS TOWN IS THIS TRUE AND ACCURATE COPY THAT APPLY IN ALL LETTERS, NUMBERS AND SIGNS WITH ORIGINAL I HAD A VISION.

EXPEDITION DATE

THE OFFICIAL NO. 01 CIVIL REGISTRY          CERTIFICATION IS ISSUED IN: