UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re the Application of:

Idalia Dominguez Ochoa, and Marco Antonio Aragon Leon,

                        Petitioners,

              v.

Wendi Ochoa Perez, Elias Sanchez Corona, Isaias Sanchez Ochoa, Irene Trujilo Ascenio,

                        Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/27/2025___

24 CV 4736 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court is in receipt of Respondents Wendi Ochoa Perez, Elias Sanchez Corona, Isaias Sanchez Ochoa, and Irene Trujilo Ascenio's (collectively, "Respondents") application (ECF No. 42) to adjourn the evidentiary hearing currently scheduled for June 2 and June 3, 2025, as well as Petitioners Idalia Dominguez Ochoa and Marco Antonio Aragon Leon's (collectively, "Petitioners") response in opposition. (ECF No. 44).

      Respondents' application is GRANTED in part and DENIED in part. The evidentiary hearing currently scheduled for June 2, 2025 and June 3, 2025, shall continue as scheduled with the Petitioners' presenting their case. Respondents, having advised the Court of their need for additional time to finalize their expert report and present their witnesses, will present their case on July 23, 2025 and July 24, 2025. The *in camera* interview of J.A.D. and W.Y.A.D. shall take place on Friday, July 25, 2025 at 11:00 AM. Attorneys for the parties may be present during the *in camera* interview.

It is further ordered that Respondents shall cooperate with Petitioners in arranging dates and times-certain to allow Petitioners' experts to have equal access to, and time with, the children J.A.D. and W.Y.A.D., and Respondents Wendi Ochoa Perez and Isais Sanchez Ochoa as has been and will be afforded to Respondents' expert, including, but not limited to the interviews of J.A.D., W.Y.A.D., Wendi Ochoa Perez and Isais Sanchez Perez which are to take place at the offices of Legal Services of the Hudson Valley located at 59 Windsor Highway, Suite 2023, New Windsor, New York 12533 on May 31, 2025, and at such other times and venues prior to or after May 31, 2025 as mutually agreed to by the parties. The parties shall immediately inform the Court if they are unable to reach agreement on the timing and venue for the expert interviews.

The Court understands that the parties will meet and confer regarding obtaining the testimony of J.A.D.'s school counselor, teachers, and any other school officials the parties intend to use as witnesses. The parties are directed to provide an update to the Court of such efforts and whether the parties anticipate necessitating the Court's involvement to obtain said testimony on or before May 30, 2025.

The parties are advised that their retained interpreters must be certified interpreters, that is an interpreter who has the qualifications to translate from the Spanish dialect the parties speak to English, and from English to the Spanish dialect the parties speak. The certified interpreters must have been deemed capable of interpreting and have already interpreted in a court of law.

The parties shall advise the Court by May 30, 2025 whether they can identify and pay for the services of a mutually acceptable Guardian ad Litem for the children or for the temporary services of an independent professional child counselor, psychologist or psychiatrist to monitor initial contacts between J.A.D. and W.Y.A.D. and assist J.A.D. and W.Y.A.D. in re-establishing communication with their parents. Given the parties are considering the appointment of a Guardian

ad Litem, the Court will reserve its judgment on what, if any, interim access to J.A.D. and W.Y.A.D. shall be given to Petitioners until such time as the parties advise the Court on whether a Guardian ad Litem will be appointed.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 42.

Dated: May 27, 2025                   SO ORDERED:
White Plains, New York

                                             _____
                                                    NELSON S. ROMÁN
                                                  United States District Judge