UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re the Application of:

Idalia Dominguez Ochoa, and Marco Antonio Aragon Leon,

                Petitioners,

      v.

Wendi Ochoa Perez, Elias Sanchez Corona, Isaias Sanchez Ochoa, Irene Trujilo Ascenio,

                Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2025
```

24 CV 4736 (NSR)

NELSON S. ROMÁN, United States District Judge:

## ORDER

The Court is in receipt of the Petitioners and Respondents' proposed order dated May 28, 2025, at ECF No. 47. The Court adopts the proposed order in part, as detailed below.

1. The evidentiary hearing shall take place across July 21, 2025 through July 24, 2025, beginning at 10:00 AM each morning.

2. The *in camera* interview of J.A.D. and W.Y.A.D. shall continue to be scheduled for July 25, 2025 at 11:00 AM.

3. Ms. Pamela Krasner, forensic expert for Respondents, may appear via video conference in the evidentiary hearing, only upon a showing of good cause for why she cannot appear in person.

4. In the interest of thoroughness, beyond announcements and opening statements, the evidentiary hearing will still open with Petitioners' presentation of their *prima face* case, to be followed by Respondents' presentation of their defenses. The Court may still

consider evidence presented by Respondents to the extent relevant to Petitioners' *prima face* case, and Respondents reserve the right to request additional time – or the calling or recalling of any witnesses – to address Petitioners' *prima face* case.

5. The parties will work together to schedule witness interviews of Respondent Wendi Ochoa-Perez and Respondent Isais Sanchez Ochoa to take place on mutually agreed upon weekdays at the offices of Legal Services of the Hudson Valley located at 59 Windsor Highway, Suite 2023, New Windsor, New York 12533.  The parties can independently determine whether to conduct the interviews remotely over video call or in-person at their own expense.  The parties will have the opportunity to have their own translator present for all such interviews and will have equal access to witnesses for such interviews.

6. The parties will coordinate with Dr. Yazmin Peralta Govea, along with Ms. Pamela Krasner and Ms. Claudette LaMelle, to schedule and conduct interviews and psychological evaluations of J.A.D. and W.Y.A.D.  The parties will work together to ensure that the children are not being overwhelmed or over-interviewed and will schedule interviews with those concerns in mind.  The parties reserve the right to challenge any opinions of opposing testifying experts.

7. Adam Paltrowitz, Esq., a Staff Attorney for the Children's Rights Society, is hereby appointed as Guardian Ad Litem for the limited purposes of (1) assessing when and how contact by J.A.D. and W.Y.A.D. should resume with Petitioners Idalia Dominguez Ochoa and Marco Antonio Aragon Leon, (2) monitoring initial contacts between them, and (3) assisting J.A.D. and W.Y.A.D. in reestablishing communication with Petitioners.  Mr. Paltrowitz may receive input from the parties' psychiatric experts, based on their evaluations of J.A.D. and W.Y.A.D., in making his recommendations on the foregoing.  If

Mr. Paltrowitz is unavailable to serve as Guardian Ad Litem, the parties will work together to select an alternative and will advise the Court immediately of that person's identity.

8. For the scheduled hearing dates, the parties are to retain certified interpreters, that is interpreters who have the qualifications to translate from the Spanish dialect the parties speak to English, and from English to the Spanish dialect the parties speak. The certified interpreters must have been deemed capable of interpreting and have already interpreted in a court of law.

Dated: May 29, 2025
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

3