# KASOWITZ LLP

Christian T. Becker
Direct Dial: (212) 506-1932
Direct Fax: (212) 500-3432
CBecker@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2025
```

July 21, 2025

**VIA ECF**

United States District Court of the Southern District of New York
The Honorable Nelson S. Román
300 Quarropas Street, Courtroom 218
White Plains, NY 10601-4150

      **Re:**    ***Dominguez Ochoa et al. v. Ochoa Perez et al.***
              **Civil Action No.: 7:24-cv-04736-NSR**

Dear Judge Román:

      We represent Respondent Wendi Ochoa-Perez in this matter. Pursuant to Fed. R. Civ. P. 5.2, we respectfully request that the transcript of the evidentiary hearing scheduled for July 21 through July 24, 2025, and a portion of Respondent's exhibits outlined below, be filed under seal and not be filed publicly.

      A court evaluates requests to seal under a three-step process: (1) "determine whether the information to be sealed is a 'judicial document' to which the presumption of public access applies"; (2) "determine the 'weight of that presumption'"; (3) "after determining the weight of the presumption of access, … balance competing considerations against it." *Jimenez-Fogarty v. Fogarty*, No. 1:24-CV-08705 (JLR), 2024 WL 5039666, at *1 (S.D.N.Y. Dec. 9, 2024). Access to judicial records is "best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 165 (S.D.N.Y. 2018) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)).

<u>Transcript of Hearing Testimony</u>

      The transcript of the July 21 through July 24, 2025 evidentiary hearing will include extensive amounts of sensitive and confidential information, including the use of names of minor children, dates of birth, medical records, treatment, and diagnosis, information about trauma, abuse, and information from Family Court proceedings. For these reasons, Respondent respectfully requests that the transcript be filed under seal. *See Jimenez-Fogarty*, 2024 WL 5039666, at *2 ("Plaintiffs' Complaint includes sensitive and confidential information from

KASOWITZ LLP

July 21, 2025
Page 2

ongoing matrimonial proceedings, including children's names, photographs, and personally identifiable information and her ex-husband's personally identifiable and other confidential information. That is information that should be redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure."); S.D.N.Y. Electronic Case Filing Rules and Instructions, §§ 21.3, 21.4 ("You should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. … Caution should be exercised when filing documents that contain the following: Personal identifying numbers (PIN #'s), such as a driver's license number[,] Medical records, treatment, and diagnosis ….").

Exhibits Containing Personal Identifying Information

Below is what we believe to be a comprehensive list of Respondent's exhibits that contain sensitive and confidential information. Should these exhibits be admitted into evidence, we request that they be sealed. *K.U. v. Freden*, No. 25-CV-361-LJV, 2025 WL 1473974, at *5 (W.D.N.Y. May 21, 2025) ("regardless of whether the exhibits are judicial documents, this Court grants K.U.'s motion to seal them for the same reasons that led this Court to allow K.U. to proceed by pseudonym. Again, the potential harm of disclosing K.U.'s identity—including the fact that it could cause him to be subject to persecution and harassment—outweighs the public's interest in disclosure under both the common law and First Amendment standards." (citation omitted)); *Hilbert S. v. Cnty. of Tioga*, No. 3:03-CV-193, 2005 WL 1460316, at *15 (N.D.N.Y. June 21, 2005) ("the papers filed in the action, including the depositions of the infant plaintiffs, reveal intimate details about the sexual and physical abuse these children have been subjected to during their lives. The Court finds that the interest in protecting the privacy of these children, and shielding them from undue embarrassment or ridicule, outweighs the right of access to the unredacted documents filed in this action.").

If the Court would prefer the exhibits to be redacted, rather than sealed, we request that they be sealed in their entirety on a provisional basis, and Respondents be permitted to submit redacted versions within 21 days after the conclusion of the hearing.

| Exhibit | Description |
|---|---|
| Exhibit A | J.A.D. Summons and Custody Petition, December 6, 2023 |
| Exhibit B | J.A.D. Order Appointing Attorney for Child, January 2, 2024 |
| Exhibit C | J.A.D. Notice of Motion for Special Findings, December 2023 |
| Exhibit D | J.A.D. Affirmation in Support of Special Findings, December 14, 2023 |
| Exhibit E | J.A.D. Affirmation Exhibit A, Affidavit of Wendi Ochoa, December 6, 2023 |
| Exhibit F | J.A.D. Affirmation Exhibit B, Affidavit of J.A.D., December 6, 2023 |
| Exhibit G | J.A.D. Affirmation Exhibit C, Sworn Letter of Idalia Dominguez Ochoa, August 22, 2022 |
| Exhibit H | J.A.D. Affirmation Exhibit D, Affidavit of Oscar Sabas Rendon Bailon, August 20, 2023 |
| Exhibit I | J.A.D. Affirmation Exhibit E, Affidavit of Sonia Ochoa Trujillo, August 30, 2023 |
| Exhibit J | J.A.D. Affirmation Exhibit F, Text Messages from Idalia Dominguez Ochoa |
| Exhibit K | J.A.D. Affirmation Exhibit G, Birth Certificates for W.Y.A.D. and J.A.D. |
| Exhibit L | W.Y.A.D. Summons and Custody Petition, December 6, 2023 |
| Exhibit M | W.Y.A.D. Order Appointing Attorney for Child, January 2, 2024 |
| Exhibit N | W.Y.A.D. Notice of Motion for Special Findings, December 2023 |

KASOWITZ LLP

July 21, 2025
Page 3

| Exhibit | Description |
|---|---|
| Exhibit O | W.Y.A.D. Affirmation in Support of Special Findings, December 14, 2023 |
| Exhibit P | W.Y.A.D. Affirmation Exhibit A, Affidavit of Wendi Ochoa, December 6, 2023 |
| Exhibit Q | W.Y.A.D. Affirmation Exhibit B, Affidavit of J.A.D., December 6, 2023 |
| Exhibit R | W.Y.A.D. Affirmation Exhibit C, Sworn Letter of Idalia Dominguez Ochoa, August 22, 2022 |
| Exhibit S | W.Y.A.D. Affirmation Exhibit D, Affidavit of Oscar Sabas Rendon Bailon, August 20, 2023 |
| Exhibit T | W.Y.A.D. Affirmation Exhibit E, Affidavit of Sonia Ochoa Trujillo, August 30, 2023 |
| Exhibit U | W.Y.A.D. Affirmation Exhibit F, Text messages from Idalia Dominguez Ochoa |
| Exhibit V | W.Y.A.D. Affirmation Exhibit G, Birth Certificates for W.Y.A.D. and J.A.D. |
| Exhibit W | Text Messages between Idalia Dominguez Ochoa and Wendi Ochoa |
| Exhibit Y | Text Messages from Marco Antonio Aragon Leon to Wendi Ochoa |
| Exhibit AA | Text Messages from Marco Antonio Aragon Leon to Idalia Dominguez Ochoa |
| Exhibit DD | Photograph of J.A.D. feeding brother |
| Exhibit EE | Photograph of W.Y.A.D. |
| Exhibit FF | Photograph of J.A.D. and W.Y.A.D. |
| Exhibit GG | Photograph of Isaias Sanchez Ochoa and W.Y.A.D. |
| Exhibit HH | Photograph of J.A.D. and W.Y.A.D. with Cousins |
| Exhibit II | Photograph of J.A.D. Singing in Church |
| Exhibit JJ | Photograph of J.A.D. and W.Y.A.D. Playing |
| Exhibit KK | J.A.D. School Records |
| Exhibit LL | J.A.D. South Middle School 6th Grade Report Cards, 2024-2025 |
| Exhibit MM | J.A.D. Certificate of Recognition, January 2, 2025 |
| Exhibit NN | J.A.D. Drone Flight School Certificate of Completion |
| Exhibit OO | J.A.D. Q1 Honor Roll Certificate, 2024-2025 |
| Exhibit PP | J.A.D. Q2 Honor Roll Letter, March 7, 2025 |
| Exhibit QQ | J.A.D. Report Card from Mexico, June 19, 2020 |
| Exhibit RR | Letter from Fernando Hernandez regarding Church Involvement, April 14, 2025 |
| Exhibit SS | J.A.D. School Health Examination Report, July 9, 2024 |
| Exhibit TT | J.A.D. Cornerstone Pediatric Records, June 10, 2025 |
| Exhibit UU | J.A.D. Dental Records |
| Exhibit VV | J.A.D. Fearless! Therapy Records |
| Exhibit WW | W.Y.A.D. Departure of Early Intervention Program, February 4, 2025 |
| Exhibit XX | W.Y.A.D. Authorization for Special Education Services, July 31, 2024 |
| Exhibit YY | W.Y.A.D. Special Education Meeting Report, July 31, 2024 |
| Exhibit ZZ | W.Y.A.D. Preschool Committee on Special Education Letter, April 29, 2025 |

# KASOWITZ LLP

July 21, 2025
Page 4

| Exhibit | Description |
|---|---|
| Exhibit AAA | W.Y.A.D. Early Intervention Services Records, June 6, 2025 |
| Exhibit BBB | W.Y.A.D. Cornerstone Pediatric Records, June 10, 2025 |
| Exhibit CCC | W.Y.A.D. Child Well Care Medical Report, October 11, 2023 |
| Exhibit DDD | W.Y.A.D. WIC Letter Scheduling Appointment, October 5, 2022 |
| Exhibit EEE | J.A.D. and W.Y.A.D. Health Insurance Cards |
| Exhibit FFF | Wendi Ochoa Fearless! Therapy Records |
| Exhibit GGG | Receipts of Money for Children |
| Exhibit HHH | Wendi Ochoa Work Permit and New York State Identification |
| Exhibit III | Wendi Ochoa I-797 Notice of Action Petition for Immigration Status |
| Exhibit LLL | Letter from U.S. State Department re Hague Action, January 26, 2024 |
| Exhibit GGG.1 | Translation of Exhibit GGG Page 10, Text Messages with Idalia Dominguez Ochoa |
| Exhibit NNN | Expert Report of Pamela Krasner |
| Exhibit OOO | Expert Report of Dr. Martha L. Garcia |
| Exhibit PPP | Video Taken by Respondent Isaias in Mexico |

Sincerely,

*/s/ Christian T. Becker*

Christian T. Becker

cc: All Counsel of Record (via ECF)

**Application is GRANTED** *nunc pro tunc* to July 21, 2025, as discussed on the record. Clerk of Court is requested to terminate the motion at ECF No. 52.
Dated: White Plains, NY
      July 31, 2025

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE