

**MEMO ENDORSED**

VIA ECF

July 30, 2025

Petitioners' application is GRANTED as discussed on the record. Clerk of Court is requested to terminate the motion at ECF No. 54.
Dated: White Plains, NY
       July 31, 2025
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

United States District Court of the Southern District of New York
**ATTN: The Honorable Nelson S. Román**
300 Quorrapas Street, Courtroom 218
White Plains, NY 10601-4150

*RE: Domínguez Ochoa et al. v. Ochoa Pérez et al., No: 7:24-cv-04736-NSR*

Dear Honorable Judge Román:

I am writing to respectfully request the Court's authorization to seal certain exhibits submitted in the above-referenced matter. The exhibits contain sensitive and confidential information that, if disclosed publicly, could cause significant harm to the interests of the parties involved and to individuals whose privacy should be protected.

Specifically, Petitioners' Exhibits P-1, P-2-1, P-5, P-6, P-6-1 through, P-6-13, P-7, P-8, P-10, P-11, P-12, and P-24, be filed under seal pursuant to Federal Rule of Civil Procedure 5.2. These exhibits contain sensitive information about the children subject of the Petitioners' application seeking their return to Mexico including their names, photographs, and private and/or confidential information.

Due to the sensitive nature of these materials, Petitioners believe that sealing these exhibits is in the best interest of justice and privacy and is necessary to prevent unnecessary harm or prejudice. We also propose that access to these exhibits be limited to counsel, and parties involved in this matter.

Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2025

Respectfully submitted,

/s/ *Soraya Ruiz Abderrashman*

Soraya Ruiz Abderrashman

cc: All Counsel of Record via ECF

295 MADISON AVENUE, 12TH FLOOR, NEW YORK, NY 10017 | TEL: 212.231.0009   FAX: 212.231.1087

www.ralawfirmpc.com