UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re the Application of:

Idalia Dominguez Ochoa, and Marcos Antonio
Aragon Leon,

                    Petitioners,           24 **CIVIL** 4736 (NSR)

    -against-                                   **JUDGMENT**

Wendi Ochoa Perez, Elias Sanchez Corona,
Isaias Sanchez Ochoa, Irene Trujilo Ascenio,

                    Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2025, Petitioners Idalia Dominguez Ochoa and Marco Antonio Aragon Leon's First Amended Verified Petition for the return of J.A.D. and W.Y.A.D. under the Hague Convention is DENIED with prejudice. The Petition is dismissed, and each party shall bear their own costs. Judgment is entered in favor of Respondents and the case is closed.

**DATED:**  New York, New York
            August 1, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                         **BY:**
                                                       **Deputy Clerk**