# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Idalia Dominguez Ochoa and Marco Antonio Aragon Leon

(List the full name(s) of the plaintiff(s)/petitioner(s).)

( 7:24 CV 4736 )(NSR )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Wendi Ochoa Perez, Elias Sanchez Corona, Isaias Sanchez Ochoa, and Irene Trujillo Ascencio.

**MEMO ENDORSED**

We move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a Notice of Appeal in this action. We would like to appeal the judgment entered in this action on July 31, 2025. We believed that we filed a timely Notice of Appeal because I emailed it to the Pro Se intake unit on August 29, 2025 and I received an email acknowledging receipt. We then mailed the $605 fee for payment. After it was paid to the Court on September 12, 2025, we learned the filing was "malformed" as it was a link to the signed PDF documents, not the direct PDF documents themselves. In the interests of justice, we respectfully request that this motion for an extension of time to file notice of appeal be granted.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: September 18, 2025

Signature: Idalia Dominguez Ochoa

Name (Last, First, MI): Idalia Ochoa Dominguez

Address: Priv. Meztli S/N Col. Santa Lucia,
City: Yautepec, State: Morelos, Mexico, Zip Code: 62730

Telephone Number: 011 52 735 379 5735

E-mail Address: ochoaidalia94@gmail.com

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2025

Petitioners' application, pursuant to Fed. R. Civ. P. 4(a)(5), seeking an extension of time to file a Notice of Appeal is GRANTED for good cause shown. Petitioners' Notice of Appeal filed under ECF No. 61 is deemed timely filed *nunc pro tunc* to September 1, 2025. The Clerk of Court is kindly requested to terminate the motion at ECF No. 62.

Dated: September 22, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Idalia Dominguez Ochoa and Marco Antonio Aragon Leon

(List the full name(s) of the plaintiff(s)/petitioner(s).)

( 7:24 CV 4736 ) (NSR)

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Wendi Ochoa Perez, Elias Sanchez Corona, Isaias Sanchez Ochoa, and Irene Trujillo Ascencio.

We move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a Notice of Appeal in this action. We would like to appeal the judgment entered in this action on July 31, 2025. We believed that we filed a timely Notice of Appeal because I emailed it to the Pro Se intake unit on August 29, 2025 and I received an email acknowledging receipt. We then mailed the $605 fee for payment. After it was paid to the Court on September 12, 2025, we learned the filing was "malformed" as it was a link to the signed PDF documents, not the direct PDF documents themselves. In the interests of justice, we respectfully request that this motion for an extension of time to file notice of appeal be granted.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

September 18, 2025
Dated:

Signature

Marco Antonio Aragon Leon
Name (Last, First, MI)

| Priv. Meztli S/N Col. Santa Lucia, | Yautepec, Morelos, | Mexico | 62730 |
|---|---|---|---|
| Address | City | State | Zip Code |

011 52 735 124 4715
Telephone Number

ochoaidalia94@gmail.com
E-mail Address (if available)

Rev. 12/23/13

# EXHIBIT "A"

Outlook

**Fw: Acknowledgment of Receipt and PDFs 7:24-cv-4736**

| | |
|---|---|
| From | Soraya Ruiz Abderrashman <sruiz@ralawfirmpc.com> |
| Date | Thu 09/18/2025 1:07 PM |
| To | New Pro Se Filing <pro_se_filing@nysd.uscourts.gov> |
| Cc | Appeals@nysd.uscourts.gov <appeals@nysd.uscourts.gov>; Idalia Ochoa <ochoaidalia94@gmail.com> |

📎 2 attachments (1,016 KB)
MARCO ANTONIO ARAGON LEON.pdf; IDALIA DOMINGUEZ OCHOA.pdf;

Good afternoon,

Attached please find the Respective Notice of Appeal for Idalia Dominguez Ochoa and Marco Antonio Aragon Leon with the proof of receipt date 8/29/2025. Thank you for your assistance and kindly confirm all is in order.

Sincerely,
Soraya Ruiz Abderrashman

**From:** Idalia Ochoa <ochoaidalia94@gmail.com>
**Sent:** Tuesday, September 9, 2025 10:03 PM
**To:** Soraya Ruiz Abderrashman <sruiz@ralawfirmpc.com>
**Subject:** Fwd: Acknowledgment of Receipt

---------- Forwarded message ---------
De: **Pro Se Filing** <pro_se_filing@nysd.uscourts.gov>
Date: vie, 29 de ago de 2025, 7:05 p.m.
Subject: Acknowledgment of Receipt
To: Idalia Ochoa <ochoaidalia94@gmail.com>

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

· Documents must be attached to the email in PDF format, no larger than 15 megabytes;

· The complaint must be signed by the filing party;

 - Fee requirements and instructions:
 - **Please note that your complaint will not be reviewed until the court receives payment of the filing fees.**

· Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260, 500 Pearl Street, New York, NY 10007**.

· Your payment must include the docket number, which you can learn by calling (212) 805-0175.

· If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

· If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an application to proceed *in forma pauperis*.


Filing Documents in an Existing Case by Email:

· Documents must be attached to the email in PDF format, no larger than 10 megabytes;

· The email and attached document must contain the docket number, filer's name, address, and telephone number;

· Documents must be signed by the filing party;

· Any additional comments, questions, or other messages in the email will be disregarded;

· Any additional correspondence included in the email will be disregarded.


For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.


United States Courthouse

Pro Se Intake Unit

500 Pearl Street

New York, NY 10007

or

United States Courthouse

Pro Se Intake Unit

300 Quarropas Street

White Plains, NY 10601

Additional resources:

- Complete filing instructions
- Consent to accept service of documents electronically. Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- **For free legal advice, you may make an appointment with the City Bar Justice Center Legal Clinic for Pro Se Litigants** by completing the intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). **Alternatively, you may leave a message with 212-659-6190.**